IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John D. Saltz, | Case No. 3:17 CV 424 |
| Petitioner, | ORDER ADOPTING <u>REPORT & RECOMMENDATION</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Chae Harris, | |
| Respondent. | |

Petitioner *pro se* John Saltz, a prisoner in state custody, filed a Petition seeking a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1). This case was referred to Magistrate Judge William Baughman, Jr., for a Report and Recommendation (R&R) under Local Rule 72.2. The R&R (Doc. 15) recommends the Petition be dismissed as procedurally defaulted. Saltz has not filed any objections.

Under 28 U.S.C. § 636(b)(1), this Court reviews *de novo* those portions of the R&R to which objections are made. Failure to file objections within the timeframe set forth in the statute constitutes a waiver of *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 153–55 (1985); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005). This Court has reviewed the R&R and finds it accurately states the facts and law. This Court therefore adopts the R&R in its entirety.

Accordingly, the Petition (Doc. 1) is dismissed.

IT IS SO ORDERED.

                                                    s/ *Jack Zouhary*
                                                    JACK ZOUHARY
                                                    U. S. DISTRICT JUDGE

                                                    December 19, 2018